**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-7458**

―――――――――

LONNIE DARREL HOPKINS,

　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

JOHN DOE, Doctor; RON ANGELONE; DEPARTMENT OF
CORRECTIONS, Head of Office of Health Ser-
vices; M.J. VERNON, Doctor; VERNON SMITH,
Doctor; DOCTOR SHIFFMAN, Medical College of
Virginia Hospital; DOCTOR BARNES, Powhatan
Correctional Center Medical Department,

　　　　　　　　　　　　　　　Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.　Jackson L. Kiser, Chief District
Judge.　(CA-95-1000-R)

―――――――――

Submitted:　February 27, 1997　　　Decided:　March 13, 1997

―――――――――

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Lonnie Darrel Hopkins, Appellant Pro Se.　Pamela Anne Sargent,
Assistant Attorney General, Richmond, Virginia; Jack B. Russell,
SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, Lonnie Darrel Hopkins, appeals the district court's order granting defendants' motions for summary judgment, denying relief on his 42 U.S.C. § 1983 (1994) complaint, and denying his motion for preliminary injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hopkins v. Doe, No. CA-95-1000-R (W.D. Va. Aug. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2